**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**DWAYNE BRIDGET** **PETITIONER**

**v.** **CIVIL ACTION NO. 1:25-cv-250-TBM-LGI**

**E. HENDERSON, *Warden*** **RESPONDENT**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on the submission of the Report and Recommendation [14] entered by United States Magistrate Judge LaKeysha Greer Isaac on June 26, 2026. Judge Isaac recommends Dwayne Bridget's Petition for Writ of Habeas Corpus [1] be dismissed without prejudice for failure to exhaust. A copy of the Report and Recommendation [14] was mailed to Bridget at the address listed on the docket on June 26, 2026. Bridget has not filed an objection to the Report and Recommendation, and the time for filing an objection has expired.

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b) advisory committee's note to 1983 addition (citations omitted); *see Casas v. Aduddell*, 404 F. App'x 879, 881 (5th Cir. 2010) ("When a party fails timely to file written objections to the magistrate judge's proposed findings, conclusions, and recommendation, that party is barred from attacking on appeal the unobjected-to proposed findings and conclusions which the district court accepted, except for plain error") (citing *Douglass v. United Serv. Auto Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1)). Having considered Judge Isaac's Report and Recommendation, the Court finds that it is neither clearly erroneous nor contrary to law.

IT IS ORDERED that the Report and Recommendation [14] entered by United States Magistrate Judge LaKeysha Greer Isaac on June 26, 2026, is ADOPTED as the opinion of the Court.

IT IS FURTHER ORDERED that Respondent Warden E. Henderson's Motion to Dismiss [10] is GRANTED.

IT IS FURTHER ORDERED that Dwayne Bridget's Petition for Writ of Habeas Corpus [1] is DENIED WITHOUT PREJUDICE for failure to exhaust.

THIS, the 8th day of September, 2026.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE